UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **TRINEY LAVELLE PRICE** | **CIVIL ACTION NO. 20-0072** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN PATRICK JOHNSON, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation [Doc. No. 9] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, with the exception of Plaintiff Triney Lavelle Price's claims that he is denied his right to practice his religion and that he is confined under conditions depriving him of mental health, Plaintiff's claims, as well as his request for a transfer and his requests for monetary relief, are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 18th day of March, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE